1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SCOTT JOHNSON,                          No.  2:13-cv-1536-KJM-EFB PS

12              Plaintiff,

13        v.                                  ORDER TO SHOW CAUSE

14   JASWINDER SINGH SHERGILL,
     SHERGIL CORPORATION, a California
15   Corporation,

16              Defendant.

17

18        On December 6, 2013, the court issued an order setting a status (pretrial scheduling)

19   conference for February 5, 2014, and directing the parties to file status reports within fourteen

20   days of the scheduled conference (or by January 22, 2014).[1]  ECF No. 9.

21        On January 22, 2014, plaintiff filed a status report in accordance with the December 6

22   order, ECF No. 10; however, no such status report was filed by defendants.  Therefore,

23   defendants are ordered to file a status report and to show cause why they should not be sanctioned

24   for their failure to comply with the December 6 order.  *See* E.D. Cal. L.R. 110 ("Failure of

25   counsel or of a party to comply with these Rules or with any order of the Court may be grounds

26   for imposition by the Court of any and all sanctions authorized by statute or Rule or within the

27   _____

28        [1]  This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to
     28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302(c)(21).

                                              1

inherent power of the Court."); *see also* E.D. Cal. L.R. 183 ("Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure and by these Local Rules."); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal.").

Accordingly, good cause appearing, it is hereby ORDERED that:

1. The status (pretrial scheduling) conference currently set for February 5, 2014 is continued to March 12, 2014 at 10:00 a.m. in Courtroom No. 8.

2. On or before February 26, 2014, defendants shall file a status report in accordance with the December 6, 2013 order.

3. Defendants shall show cause, in writing, no later than February 26, 2014, why sanctions should not be imposed for failure to comply with the December 6 order.

4. Plaintiff is not required to file a further status report or a response to defendants' status report(s), but if he elects to do so, any such status report or response to defendants' status report(s) shall be filed on or before March 5, 2014.

5. Failure of defendants to comply with this order may result in the imposition of sanctions, including a recommendation that their answer be stricken and that they be held in default.

DATED:  February 3, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE