# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JASWINDER SINGH SHERGILL,<br>SHERGIL CORPORATION, a California Corporation,<br><br>    Defendant. | No. 2:13-cv-1536-KJM-EFB PS<br><br>ORDER AND ORDER RE SETTLEMENT & DISPOSITION |

Pursuant to the representations of counsel for plaintiff in the status report filed on March 27, 2014, *see* ECF No. 16, the above-captioned case has settled.

The court now orders that dispositional documents are to be filed not later than (45) days from the date of this order.

All hearing dates set in this matter are VACATED and all pending motions are denied as moot. Further, the order to show cause issued on February 3, 2014, ECF No. 11, is discharged.

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

IT IS SO ORDERED.

DATED: April 1, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE